UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GARRETT H.,[1]

    *Plaintiff,*

v.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

    *Defendant.*

No. 24-cv-12643-PGL

**ORDER FOR REMAND**

LEVENSON, U.S.M.J.

In accordance with the Court's Memorandum and Order dated March 20, 2026 (Docket No. 20), granting Plaintiff's motion for Judgment on the Pleadings, it is ORDERED that the above-entitled action be and hereby is REMANDED to the Commissioner for award and determination of Plaintiff's disability benefits.

It is further ORDERED that the above captioned case be closed, without prejudice to any party moving to restore it to the docket if any further action is required upon completion and termination of all administrative proceedings.

/s/ Paul G. Levenson
Paul G. Levenson
U.S. MAGISTRATE JUDGE

Dated: March 26, 2026

---

[1] Plaintiff's last name is omitted in compliance with the recommendation of the Committee on Cout Administration and Case Management of the Judicial Conference of the United States. *See*, Comm. on Ct. Admin. & Case Mgmt. of the Jud. Conf. of the U.S., *Privacy Concern Regarding Social Security and Immigration Opinions* (May 1, 2018).